## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Greater St. Paul Area Evangelicals, Inc.,
d/b/a, Crossroads Ministries,

        Plaintiff,                Civil No. 07-1841 (RHK/AJB)

vs.                                    **DISQUALIFICATION AND
ORDER FOR REASSIGNMENT**

Independent School District No. 625,
St. Paul, Minnesota,

        Defendant.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: April 11, 2007

                                            s/Richard H. Kyle
                                            RICHARD H. KYLE
                                            United States District Judge